

# 353RD DISTRICT COURT

**TIM SULAK**
Judge
(512) 854-9380

**MEGAN HONEY**
Staff Attorney
(512) 854-4281

**PAMELA SEGER**
Court Operations Officer
(512) 854-9179

HEMAN MARION SWEATT TRAVIS COUNTY COURTHOUSE
P. O. BOX 1748
AUSTIN, TEXAS 78767
FAX (512) 854-9332

**RHONDA WATSON**
Official Court Reporter
(512) 854-9356

**ELIZABETH GARCIA**
Court Clerk
(512) 854-5852

January 23, 2015

Christopher Knowles, Deputy Clerk
Third Court of Appeals
P.O. Box 12547
Austin, Texas 78711-2457

Re: Court of Appeals Number: 03-14-00665-CV
Trial Court Cause Number: D-1-GN-14-001215

Style: Eric Drake
v. Kastl Law, P.C.

Dear Mr. Knowles:

The reporter's records taken on August 7th and August 19th, 2014, shall be filed by me with the Third Court of Appeals within 10 days from the date of this letter.

Thank you for your kind attention.

Sincerely,

/s/ Rhonda Watson

Rhonda Watson
Official Court Reporter